# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| HAROLD TUNNELL, ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. CIV-23-55-GLJ |
| ) | |
| STATE FARM FIRE & CASUALTY ) | |
| COMPANY, ) | |
| ) | |
| **Defendant.** ) | |

## ORDER REGARDING PLAINTIFF'S MOTION TO COMPEL

Regarding Plaintiff's Motion to Compel [Docket No. 33], the Court finds it is hereby GRANTED IN PART and DENIED IN PART, as follows:

1. Plaintiff's Motion is GRANTED IN PART with respect to Defendant's general objections to discovery requests, to the extent that Defendant is hereby directed to supplement all discovery responses, both Interrogatories and Requests for Production, to indicate whether and where any information was withheld based on an objection.

2. Plaintiff's Motion is GRANTED as to Interrogatory 6, but DENIED as to Interrogatories 3, 5, 13, and 15.

3. Plaintiff's Motion is DENIED WITHOUT PREJUDICE as to Request for Production Nos. 14, 16, 17, and 18.

4. The remainder of the Motion is DENIED AS MOOT by agreement of the parties.

The Defendant is directed to provide all responsive documents within fourteen (14) days.

IT IS SO ORDERED this 4th day of January, 2024.

_____
**GERALD L. JACKSON**
**UNITED STATES MAGISTRATE JUDGE**